AO 455(Rev. 5/85) Waiver of Indictment

FILED

JUL 29 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA                **WAIVER OF INDICTMENT**

     v.

JOAQUIN PARAMO-MACIEL              CASE NUMBER: _08cr2507-BEN_

     I, JOAQUIN PARAMO-MACIEL, the above named defendant, who is accused committing the following offense:

     Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 -
     Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby

waive in open court on ___7|29|08___ prosecution by indictment and consent that the

proceeding may be by information rather than by indictment.

                             ᴈ J Paramo
                             Defendant

                             Counsel for Defendant

Before _____
       Judicial Officer